ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Chief, Criminal Division
ELIZABETH CARPENTER(SBN 243460)
ABIGAIL W. EVANS (SBN 249629)
XOCHITL D. ARTEAGA (SBN 227034)
KEVIN L. ROSENBERG (SBN OH 81448)
Assistant United States Attorneys
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0347/0703
    Facsimile: (213) 894-3713
    E-mail: elizabeth.carpenter@usdoj.gov
            abigail.w.evans@usdoj.gov
            Xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-466-R |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR PRETRIAL DISCLOSURE AND REQUEST FOR A HEARING REGARDING CO-CONSPIRATOR STATEMENTS (Doc. No. 609) AND FINDINGS THERETO |
| v. | |
| JOSE ALFARO, et al., | |
| Defendants. | |

    Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant JOSE ALFARO, by and through the authorized representative of his counsel of record, James Cooper, at a hearing held before this Court on September 16, 2010, and good cause appearing, the Court hereby FINDS AS FOLLOWS :

    1. The Court read and considered Jose Alfaro's Motion for

Pretrial Disclosure of Co-Conspirator Statements (Doc. No. 609) and the government's opposition thereto.

2. The Court, after carefully considering the pleadings, declarations and documents filed by the parties, as well as the argument presented at the hearing, orally denied the defendant's Motion for Pretrial Disclosure. This Order will supplement the Court's oral ruling denying the motion. In connection with this Order, the Court makes the following Findings of Fact and Conclusions of Law.

3. On September 16, 2010, this Court held a hearing on the motion. Defendant appeared in person with his counsel of record. After affording the parties opportunity for argument, the Court denied defendant's Motion to For Disclosure of Co-Conspirator Statements. The Court considered <u>United States v. James</u>, 590 F.2d 575 (5th Cir. 1979) and finds that the trial court's threshold determination of admissibility of co-conspirator statements is normally to be made during the presentation of the government's case in chief.

4. The Court finds that the determination of admissibility is made during trial because it hinges on whether the government has introduced evidence to show that there was a conspiracy involving the defendant and that the statement was made during the course of the conspiracy and in furtherance of the conspiracy.

5. The Court finds that any determination regarding the admissibility of such statements prior to trial would be premature.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that defendant Jose Alfaro's motion for pretrial disclosure and request for a hearing is denied.

IT IS SO ORDERED.

October 5, 2010
DATE

THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
Kevin L. Rosenberg
Department of Justice