1  ANDRÉ BIROTTE JR.
   ANDRÉ BIROTTE JR.
2  United States Attorney
   ROBERT E. DUGDALE
3  Chief, Criminal Division
   ELIZABETH CARPENTER(SBN 243460)
4  ABIGAIL W. EVANS (SBN 249629)
   XOCHITL D. ARTEAGA (SBN 227034)
5  KEVIN L. ROSENBERG (SBN OH 81448)
   Assistant United States Attorneys
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone:  (213) 894-0347/0703
8       Facsimile:  (213) 894-3713
        E-mail: elizabeth.carpenter@usdoj.gov
9               abigail.w.evans@usdoj.gov
                Xochitl.arteaga@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                  CRIMINAL DIVISION

15 UNITED STATES OF AMERICA, )    No. CR 09-466-R
                             )
16         Plaintiff,        )    [Proposed] ORDER DENYING
                             )    DEFENDANT'S MOTION FOR PRETRIAL
17         v.                )    DISCOVERY (Doc. No. 610) AND
                             )    FINDINGS THERETO
18 JOSE ALFARO, et al.,      )
                             )
19         Defendants.       )
   _____)
20

21      Having heard from plaintiff, the United States of America,

22 by and through its counsel of record, the United States Attorney

23 for the Central District of California, and defendant JOSE

24 ALFARO, by and through the authorized representative of his

25 counsel of record, James Cooper, at a hearing held before this

26 Court on September 16, 2010, and good cause appearing, the Court

27 hereby FINDS AS FOLLOWS :

28

1      1.   The Court read and considered Jose Alfaro's Motion for

2   pretrial discovery, (Doc. No. 610) and the government's

3   opposition thereto.

4      2.   The Court, after carefully considering the pleadings,

5   declarations and documents filed by the parties, as well as the

6   argument presented at the hearing, orally denied the defendant's

7   Discovery Motion.   This Order will supplement the Court's oral

8   ruling denying the motion.   In connection with this Order, the

9   Court makes the following Findings of Fact and Conclusions of

10  Law.

11     3.   On September 16, 2010, this Court held a hearing on the

12  motion.   Defendant appeared in person with his counsel of record.

13  After affording the parties opportunity for argument, the Court

14  denied defendant's Discovery Motion.   The Court has previously

15  ordered that the government produce all <u>Giglio</u> material 45 days

16  prior to trial.

17     4.   The Court finds that Alfaro's request for copies of

18  internal e-mails and memorandum produced by the United States

19  Attorney's Office concerns internal work product, and, therefore,

20  the government is under no obligation to produce it to the

21  defendant.

22     5.   The Court also finds no authority for defendant's

23  request that the government produce such reports and internal

24  memorandum regarding its decision to file a RICO indictment

25  against defendant Alfaro.

26     THEREFORE, FOR GOOD CAUSE SHOWN:

27     IT IS HEREBY ORDERED that defendant Jose Alfaro's discovery

28

2

1    motion is denied.

2

3          IT IS SO ORDERED.

4    10/05/10
     DATE                        THE HONORABLE MANUEL REAL
5                                UNITED STATES DISTRICT JUDGE

6

7    Presented by:

8
        /s/
9    Kevin L. Rosenberg
     Department of Justice
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3