1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Chief, Criminal Division
3  ELIZABETH CARPENTER(SBN 243460)
   ABIGAIL W. EVANS (SBN 249629)
4  XOCHITL D. ARTEAGA (SBN 227034)
   KEVIN L. ROSENBERG (SBN OH 81448)
5  Assistant United States Attorneys
        1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-0347/0703
        Facsimile:  (213) 894-3713
8       E-mail: elizabeth.carpenter@usdoj.gov
                abigail.w.evans@usdoj.gov
9               Xochitl.arteaga@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11
                   UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                       CRIMINAL DIVISION
14
   UNITED STATES OF AMERICA, )    No. CR 09-466-R
15                           )    ORDER DENYING DEFENDANT'S MOTION
                             )    TO DISMISS FOR INSUFFICIENCY OF
16            Plaintiff,     )    THE INDICTMENT  (Doc. 617) AND
                             )    FINDINGS THERETO
17            v.             )
                             )
18 JOSE ALFARO, et al.,      )
                             )
19            Defendants.    )
   _____  )

20

21      Having heard from plaintiff, the United States of America,

22 by and through its counsel of record, the United States Attorney

23 for the Central District of California, and defendant JOSE

24 ALFARO, by and through the authorized representative of his

25 counsel of record, James Cooper, at a hearing held before this

26 Court on September 16, 2010, and good cause appearing, the Court

27 hereby FINDS AS FOLLOWS :

28

1    1.   The Court read and considered Jose Alfaro's Motion To
2    Dismiss For Insufficiency in the Indictment (Doc. No. 617) and
3    the government's opposition thereto.

4    2.   The Court, after carefully considering the pleadings,
5    declarations and documents filed by the parties, as well as the
6    argument presented at the hearing, orally denied the defendant's
7    Motion to Dismiss.  This Order will supplement the Court's oral
8    ruling denying the motion.  In connection with this Order, the
9    Court makes the following Findings of Fact and Conclusions of
10   Law.

11   3.   On September 16, 2010, this Court held a hearing on the
12   motion.  Defendant appeared in person with his counsel of record.
13   After affording the parties opportunity for argument, the Court
14   denied defendant's Motion to Dismiss.

15   4.   The Court finds that Federal Rule of Criminal procedure
16   7(c)(1) requires indictments to be plain, concise, and definite
17   written statements of the essential facts constituting the
18   offense charged.

19   5.   The Court considers United States v. Fernandez, 388
20   F.3d 1199 (9th Cir. 2004) and finds that an indictment setting
21   forth the elements of the offense is generally sufficient.

22   6.   The Court finds that the indictment before the Court
23   details the time, place, activities, and participants of the
24   conspiracies alleged in counts 1 and 16.  The Court further finds
25   that paragraph 79 of count 16 specifically alleges that Defendant
26   Alfaro and his co-defendants agreed to commit the offenses
27   alleged.

28

1    7.   The Court therefore finds that the indictment is

2   sufficient.

3        THEREFORE, FOR GOOD CAUSE SHOWN:

4        IT IS HEREBY ORDERED that defendant Jose Alfaro's Motion to

5   Dismiss the Indictment due to Insufficiency is denied.

6

7        IT IS SO ORDERED.

8   October 5, 2010          _____
    DATE                     THE HONORABLE MANUEL REAL
9                            UNITED STATES DISTRICT JUDGE

10

11  Presented by:

12
        /s/
13  _____
    Kevin L. Rosenberg
14  Department of Justice

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                             3