1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Chief, Criminal Division
3  ELIZABETH CARPENTER(SBN 243460)
   ABIGAIL W. EVANS (SBN 249629)
4  XOCHITL D. ARTEAGA (227034)
   Assistant United States Attorneys
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-0347/0703
7       Facsimile:  (213) 894-3713
        E-mail: elizabeth.carpenter@usdoj.gov
8               abigail.w.evans@usdoj.gov
                Xochitl.arteaga@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                    CRIMINAL DIVISION

14 UNITED STATES OF AMERICA, )    No. CR 09-466-R
                             )
15         Plaintiff,        )    ORDER DENYING IN PART AND GRANTING
                             )    IN PART DEFENDANT'S MOTION TO FOR
16         v.                )    DISCLOSURE OF MINISTERIAL GRAND
                             )    JURY RECORDS AND FINDINGS THERETO
17 JOSE ALFARO, et al.,      )
                             )
18         Defendants.       )
   _____    )
19

20

21

22      Having heard from plaintiff, the United States of America,

23 by and through its counsel of record, the United States Attorney

24 for the Central District of California, and defendant DAVID

25 RIVERA, by and through the authorized representative of his

26 counsel of record, Jeff Price, at a hearing held before this

27 Court on September 16, 2010, and good cause appearing, the Court
   ///
28

hereby FINDS AS FOLLOWS :

1.   The Court read and considered David Rivera's Motion to for Disclosure of Ministerial Grand Jury Records filed on August 2, 2010, and the government's opposition thereto.

2.   On September 16, 2010, the Court held a hearing on the motion.  Defendant appeared in person with his counsel of record. After hearing argument from the parties, the Court denied in part, and granted in part, defendant's Motion for Disclosure.

3.   "Ministerial" grand jury records are those that generally relate to the procedural aspects of the impaneling and operation of the grand jury, as opposed to records which relate to the substance of the grand jury's investigation.  In re Special Grand Jury, 674 F.2d 778, 779 n.1. (9th Cir. 1982). Defendant may not obtain non-ministerial material unless defendant demonstrates with particularity the existence of a compelling need that is sufficient to outweigh the policy of grand jury secrecy.  United States v. DeTar, 832 F.2d 1110, 1113 (9th Cir. 1987).

4.   Of the nine requests, requests 2-3, 5-8, and 9 are denied.  Defendant has not demonstrated any need for the information he requests.  Requests 2-3 and 5-8 are for non-ministerial records.  Non-ministerial records are protected under Fed. R. Crim. Pro. 6(e), and implicate grand jury privacy considerations.  Defendant has demonstrated no particularized need for any of the information, and thus his requests are denied.  Request 9 is for non-secret material, but defendant has made no showing of any need for the information, and thus his

request is denied.

5. Requests 1 and 4 are requests for ministerial records. The Court orders these two items disclosed to defendant, but no identifying information may be disclosed.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that defendant David Rivera's Motion to for Disclosure of Ministerial Grand Jury Records is granted as to requested items 1 and 4, with the provision that no identifying information may be disclosed.

IT IS FURTHER ORDERED that defendant David Rivera's Motion to for Disclosure of Ministerial Grand Jury Records is otherwise denied.


IT IS SO ORDERED.


10/06/10
DATE                                    THE HONORABLE MANUEL REAL
                                        UNITED STATES DISTRICT JUDGE


Presented by:


    /s/
XOCHITL D. ARTEAGA
Assistant United States Attorney

3