```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Chief, Criminal Division
ELIZABETH CARPENTER(SBN 243460)
ABIGAIL W. EVANS (SBN 249629)
XOCHITL D. ARTEAGA (227034)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0347/0703
     Facsimile:  (213) 894-3713
     E-mail: elizabeth.carpenter@usdoj.gov
             abigail.w.evans@usdoj.gov
             Xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-466-R |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING DEFENDANTS' MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP ISSUED WITHOUT PROBABLE CAUSE AND FINDINGS THERETO |
| v. | ) | |
| JOSE ALFARO, et al., | ) | |
| Defendants. | ) | |

    Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant ALEX SANCHEZ, by and through the authorized representative of his counsel of record, Kerry Bensinger, at a hearing held before this Court on September 16, 2010, and good cause appearing, the Court

///

hereby FINDS AS FOLLOWS :

1. The Court read and considered Alex Sanchez's Motion to Suppress Evidence Derived from Wiretap Issued Without Probable Cause filed on July 30, 2010, the government's opposition, and defendants' reply thereto.

2. On September 16, 2010, this Court held a hearing on the motion. Defendant appeared in person with his counsel of record. After hearing argument from the parties, the Court denied defendant's Motion to Suppress. The Court's review of the authorizing judge's determination that probable cause is deferential. United States v. Lynch, 367 F.3rd 1148 (9th Cir. 2004). The affidavit provided sufficient facts for the authorizing judges to conclude that there is a fair probability that Mario Ernesto Osorio and Reynaldo Martinez Mejia would participate in conversations over the indicated telephone lines regarding the subject criminal offenses.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that defendant Alex Sanchez's Motion to Suppress Evidence Derived from Wiretap Issued Without Probable Cause is denied.

IT IS SO ORDERED.

 10-06-10  
DATE                         THE HONORABLE MANUEL REAL
                             UNITED STATES DISTRICT JUDGE

Presented by:

 /s/  
Xochitl D. Arteaga