ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Chief, Criminal Division
ELIZABETH CARPENTER (SBN 243460)
ABIGAIL W. EVANS (SBN 249629)
XOCHITL D. ARTEAGA (227034)
Assistant United States Attorneys
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0347/0703
    Facsimile:  (213) 894-3713
    E-mail: elizabeth.carpenter@usdoj.gov
          abigail.w.evans@usdoj.gov
          Xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-466-R |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAPS NOT ESTABLISHED TO HAVE BEEN PROPERLY PRE-APPROVED BY AN APPROPRIATE JUSTICE DEPARTMENT OFFICIAL FINDINGS THERETO |
| v. | |
| JOSE ALFARO, et al., | |
| Defendants. | |

     Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant ALEX SANCHEZ, by and through the authorized representative of his counsel of record, Kerry Bensinger, at a hearing held before this Court on September 16, 2010, and good cause appearing, the Court

///

hereby FINDS AS FOLLOWS :

1. The Court read and considered Alex Sanchez's Motion to Suppress Evidence Derived from Wiretaps Not Established to Have Been Properly Pre-approved by an Appropriate Justice Department Official filed on July 30, 2010, the government's opposition, and defendants' reply thereto.

2. On September 16, 2010, this Court held a hearing on the motion. Defendant appeared in person with his counsel of record. After hearing argument from the parties, the Court denied defendant's Motion to Suppress. General special delegations do not violate 18 U.S.C. § 2516(1). United States v. Camp, 723 F.2d 741, 743 (9th Cir. 1984). Further, a failure of a wiretap order to list an authorizing official is a minor facial insufficiency, but suppression is not an appropriate remedy. United States v. Callum, 410 F.3d 571 (9th Cir. 2005).

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that defendant Alex Sanchez's Motion to Suppress Evidence Derived from Wiretaps Not Established to Have Been Properly Pre-approved by an Appropriate Justice Department Official is denied.

IT IS SO ORDERED.

 10-06-10
DATE                                    THE HONORABLE MANUEL REAL
                                        UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
XOCHITL D. ARTEAGA
Assistant United States Attorney

2