ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Chief, Criminal Division
ELIZABETH CARPENTER(SBN 243460)
ABIGAIL W. EVANS (SBN 249629)
XOCHITL D. ARTEAGA (227034)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0347/0703
     Facsimile:  (213) 894-3713
     E-mail: elizabeth.carpenter@usdoj.gov
             abigail.w.evans@usdoj.gov
             Xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-466-R |
| Plaintiff, | ORDER <u>DENYING DEFENDANT YANIRA ESCALANTE'S MOTION FOR A BILL OF PARTICULARS</u> |
| v. | |
| JOSE ALFARO, et al., | |
| Defendants. | |

    Having heard from plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Yanira Escalante, by and through her counsel of record, Jay Lichtman, at a hearing held before this Court on September 16, 2010, and good cause appearing, the Court hereby FINDS AS FOLLOWS :

    1.  The Court read and considered defendant Escalante's Motion for a Bill of Particulars filed on July 29, 2010, the government's opposition, and defendant's reply thereto.

2. On September 16, 2010, this Court held a hearing on the motion. Defendant appeared in person with her counsel of record. After hearing argument from the parties, the Court denied defendant's Motion for a Bill of Particulars. "The purposes of a bill of particulars are to minimize the danger of surprise at trial and to provide sufficient information on the nature of the charges to allow preparation of a defense." United States v. Mitchell, 744 F.2d 701, 705 (9th Cir. 1984). Because full discovery has been provided in this case such that defendant is in possession of sufficient information to defend herself against the charges in the indictment, defendant is not entitled to a bill of particulars.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that defendant Yanira Escalante's Motion for a Bill of Particulars is denied.

IT IS SO ORDERED.

 10/06/10
DATE                           THE HONORABLE MANUEL REAL
                               UNITED STATES DISTRICT JUDGE


Presented by:


 /s/
ELIZABETH CARPENTER
Assistant United States Attorney